IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

_____     )
                                    )
RICKY J. SAMPSON                    )
                                    )
    Plaintiff,                      )
                                    )
    vs.                             )       CIVIL ACTION
                                    )       FILE NO.  1:12cv0500-TWT
KASIM REED, et al.                  )
                                    )
    Defendants.                     )
_____     )

## MOTION FOR ENTRY OF CONSENT ORDER APPROVING SETTLEMENT

COME NOW the Plaintiff, Ricky Sampson, and Defendants Robert Godwin and Reginald Pettis ("City Defendants"), who jointly move for entry of a Consent Order approving the settlement of this case negotiated by the parties, under which the City Defendants shall and have paid Plaintiff the sum of One Hundred Fifty Thousand Dollars ($150,000.00), inclusive of prevailing party attorney fees and costs, and this case is dismissed with prejudice, as to all Defendants.

[Signatures on following page.]

Respectfully submitted on this the 20th day of December, 2013.

/s/ Mark B. Bullman
Mark B. Bullman
Georgia Bar No. 094376
Bullman Law Group, LLC
7000 Peachtree Dunwoody Road
Building 15, Suite 200
Atlanta, Georgia 30328
(770) 563-9300

G. Brian Spears
Georgia Bar No. 670112
G. Brian Spears, P.C.
1126 Ponce de Leon Avenue
Atlanta, GA 30306
(404) 872-7086

Attorneys for Plaintiff

/s/ Tamara Baines
Robert N. Godfrey
Georgia Bar No. 298550
Tamara Baines
Georgia Bar No. 032460
LaShawn W. Terry
Georgia Bar No. 702578
Veronica L. Hoffler
Georgia Bar No. 358799
City of Atlanta Law Department
68 Mitchell Street, SW
Suite 4100
Atlanta, Georgia 30303
(404) 330-6838

Attorneys for City Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2013, I electronically filed the attached with the Clerk of Court using the CM/ECF system, which will automatically send email notification to all counsel of record. I also hereby certify that, on December 20, 2013, I served Defendant Cayenne U. Mayes by depositing a true and correct copy of the foregoing in the United States mail, with adequate postage affixed thereto to ensure delivery, and properly addressed as follows:

Cayenne U. Mayes                           Cayenne U. Mayes
1049 Powers Ferry Road               2129 Lake Park Drive
Unit #2108                                        Smyrna, Georgia 30080
Marietta, Georgia 30067

In addition, counsel for Plaintiff certifies that the foregoing Motion complies with the font and point size requirements of Local Rule 5.1(c).

BULLMAN LAW GROUP, LLC


/s/ Mark B. Bullman
Georgia Bar No. 094376
Attorneys for Plaintiff

7000 Peachtree Dunwoody Road
Building 15, Suite 200
Atlanta, Georgia 30328
(770) 563-9300 Voice
(770) 563-9330 Facsimile
Email: mbb@bullmanlawgroup.com